THE STATE EX REL. RMI TITANIUM COMPANY, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO; WILLIAMS, APPELLANT.

[Cite as *State ex rel. RMI Titanium Co. v. Indus.
Comm.* (1998), 83 Ohio St.3d 546.]

(No. 98–96—Submitted September 15, 1998—Decided November 10, 1998.)

*Jane P. Wilson & Associates Co., L.P.A.,* and *Jane P. Wilson,* for appellee.

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski*
and *Steven L. Paulson,* for appellant.

The judgment of the court of appeals is reversed, and the order of the
Industrial Commission is reinstated.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, J., dissenting. I would affirm the judgment of the court
of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.